[No. 43232-3-II.   Division Two.   February 4, 2014.]

*In the Matter of the Marriage of* MERRY ELIZABETH WOECK, *Appellant*, and DOUGLAS DAVID WOECK, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-3-03031-7, Ronald E. Culpepper, J., entered February 24, 2012. *Remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Lee, J.

[No. 43528-4-II.   Division Two.   February 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WALKSONTOP, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-01863-6, Scott A. Collier, J., entered May 30, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Maxa and Lee, JJ.

[No. 43530-6-II.   Division Two.   February 4, 2014.]

*In the Matter of the Marriage of* DAWN BAUER, *Respondent*, and NYLES BAUER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-3-00087-6, Paula Casey, J., entered May 23, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Maxa and Lee, JJ.

[No. 43753-8-II.   Division Two.   February 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS A. COLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00432-5, Ronald E. Culpepper, J., entered July 20, 2012. *Remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Worswick, C.J., and Johanson, J.